```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00964
    CHARLENE T TROUPE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-3498

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/17/2008 and was confirmed 06/05/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP     UNSECURED            157.40           .00             .00
ASSET ACCEPTANCE CORP     UNSECURED            310.08           .00             .00
UNITED STATE POSTAL SERV  UNSECURED         NOT FILED           .00             .00
ENTERPRISE RENTA CAR      UNSECURED         NOT FILED           .00             .00
LASALLE BANK              UNSECURED         NOT FILED           .00             .00
BALLYS TOTAL FITNESS      UNSECURED         NOT FILED           .00             .00
HARRIS BANK               UNSECURED         NOT FILED           .00             .00
SPRINT PCS                UNSECURED         NOT FILED           .00             .00
VALUE CITY                UNSECURED         NOT FILED           .00             .00
RCN COMMUNICATIONS        UNSECURED         NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED           9555.01           .00             .00
COMCAST                   UNSECURED         NOT FILED           .00             .00
CORPORATE                 UNSECURED         NOT FILED           .00             .00
CORPORATE                 UNSECURED         NOT FILED           .00             .00
HOLLYWOOD VIDEO           UNSECURED         NOT FILED           .00             .00
HOLLYWOOD VIDEO           UNSECURED         NOT FILED           .00             .00
HR IMAGING                UNSECURED         NOT FILED           .00             .00
TCF NATIONAL BANK         UNSECURED         NOT FILED           .00             .00
JEWEL FOOD STORES         UNSECURED         NOT FILED           .00             .00
JEWEL FOOD STORES         UNSECURED         NOT FILED           .00             .00
IHC ST FRANCIS            UNSECURED         NOT FILED           .00             .00
ILLINOIS STATE TOLL HIGH  UNSECURED         NOT FILED           .00             .00
PEOPLES ENERGY/GAS        UNSECURED         NOT FILED           .00             .00
LASALLE BANK              UNSECURED         NOT FILED           .00             .00
WOMEN WORKOUT WORLD       UNSECURED         NOT FILED           .00             .00
U HAUL                    UNSECURED         NOT FILED           .00             .00
NICOR GAS                 UNSECURED            385.32           .00             .00
ORCHARD BANK              UNSECURED         NOT FILED           .00             .00
CHASE AUTOMOTIVE FINANCE  UNSECURED         NOT FILED           .00             .00
TCF BANK                  UNSECURED         NOT FILED           .00             .00
TCF NATIONAL BANK         UNSECURED         NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1148.19           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00964 CHARLENE T TROUPE
```

```
HANCOCK FABRICS           UNSECURED       NOT FILED            .00           .00
ST FRANCIS EMERGENCY PHY  UNSECURED       NOT FILED            .00           .00
ILLINOIS DEPARTMENT OF E  UNSECURED        2111.00             .00           .00
T MOBILE                  UNSECURED       NOT FILED            .00           .00
COMED                     UNSECURED       NOT FILED            .00           .00
BLOCKBUSTER VIDEO         UNSECURED       NOT FILED            .00           .00
BLOCKBUSTER VIDEO         UNSECURED       NOT FILED            .00           .00
US CELLULAR               UNSECURED       NOT FILED            .00           .00
RENT A CENTER             NOTICE ONLY     NOT FILED            .00           .00
TURNER ACCEPTANCE         SECURED VEHIC    4551.00             .00        375.00
ILLINOIS DEPT OF REVENUE  PRIORITY          240.00             .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     314.00             .00        126.41
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                          .00
TOM VAUGHN                TRUSTEE                                          43.59
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   545.00

PRIORITY                                         126.41
SECURED                                          375.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              43.59
DEBTOR REFUND                                       .00
                        ---------------   ---------------
TOTALS                    545.00                 545.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE